**BURRIS, NISENBAUM, CURRY, & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
BENJAMIN NISENBAUM, Esq. (SBN 222173)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
ben.nisenbaum@bncllaw.com

**BURRIS, NISENBAUM, CURRY, & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

**THE LAW FIRM OF HENRY TANNER LLC**
HENRY W. TANNER, JR, Esq. (MO #66277)
1432 E. 49th Terrace
Kansas City, Missouri 64110
Telephone: (816) 547-2162
Facsimile: (816) 393-0338
henry@htannerlaw.com

Attorneys for Plaintiff,
TINA RICHARDSON
as successor-in-interest
to Decedent Caleb Slay

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MISSOURI

### SOUTHERN DIVISION

PG. 1     Case No.: 6:23-cv-03337-RK
**DECLARATION OF JULIA N. QUESADA IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY RULE 16 ORDER AND CONTINUE RULE 26(F) DEADLINES**
Case 6:23-cv-03337-RK    Document 25-1    Filed 01/22/24    Page 1 of 3

| | |
|---|---|
| TINA RICHARDSON, individually and as successor-in-interest to Decedent Caleb Slay,<br><br>                      Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA; ANTHONY GASPERONI, individually and in his official capacity as an agent for the United States Drug Enforcement Administration; JOHN STUART, individually and in his official capacity as an agent for the United States Drug Enforcement Administration; DOES 1-20, inclusive, individually and in their official capacity as agents for the United States Drug Enforcement Administration; CITY OF SPRINGFIELD, a municipal entity; C. NUCCIO, individually and in his official capacity as sergeant for the Springfield Police Department; and DOES 21-40, inclusive, individually and in their official capacity as police officers for the Springfield Police Department,<br><br>                      Defendants. | CASE NO.: 6:23-cv-03337-RK<br><br>(*Honorable District Judge Roseann A. Ketchmark*)<br><br>**DECLARATION OF JULIA N. QUESADA IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY THE COURT'S RULE 16 ORDER AND CONTINUE THE RULE 26(f) DEADLINES** |

I, Julia N. Quesada, declare:

      1.    I am an attorney who is licensed to practice law in California and admitted to practice before this Court. I represent the Plaintiff in the above captioned matter and I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

      2.    The facts giving rise to this action are set forth in Plaintiff's Complaint filed with this Court on October 31, 2023.

      3.    Attached hereto as **Exhibit "A"** is a true and correct copy of the letter from Assistant United States Attorney, Wyatt Nelson, dated January 2, 2024.

PG. 2      Case No.: 6:23-cv-03337-RK
**DECLARATION OF JULIA N. QUESADA IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY RULE 16 ORDER AND CONTINUE RULE 26(F) DEADLINES**
Case 6:23-cv-03337-RK    Document 25-1    Filed 01/22/24    Page 2 of 3

4. Attached hereto as **Exhibit "B"** is a true and correct copy of the email correspondence with Jacob A. Bennett, Counsel for Anthony Gasperoni and John Stuart, on January 12, 2024.

5. Attached hereto as **Exhibit "C"** is a true and correct copy of the email correspondence with Christopher M. Hoeman, Counsel for City of Springfield and C. Nuccio, on January 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2024, at Beverly Hills, California.

**BURRIS NISENBAUM CURRY & LACY**

/s/ *Julia N. Quesada*

Julia N. Quesada

Attorney for Plaintiff,
Tina Richardson

## CERTIFICATE OF SERVICE

I, Julia N. Quesada, hereby certify that the foregoing was filed through the CM/ECF system on January 22, 2024, which provided notice to all attorneys of record.

/s/ Julia N. Quesada
Julia N. Quesada