# EXHIBIT A



**U.S. Department of Justice**

*Teresa A. Moore*
*United States Attorney*
*Western District of Missouri*

*Civil Division, United States Attorney's Office*
*901 East St. Louis St., Suite 500*
*Springfield, MO 65806*
*Office: 417.831.4406 | Fax: 417.831.0078*

January 2, 2024

*Via email*

John L. Burris,
Benjamin Nisenbaum
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
john.burris@johnburrislaw.com
ben.nisenbaum@bncllaw.com

DeWitt M. Lacy
Julia N. Quesada
Lena P. Andrews
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Henry W. Tanner Jr.
1432 E. 49th Terrace
Kansas City, Missouri 64110
henry@htannerlaw.com

    RE:    *Tina Richardson, individually and as successor-in-interest to Decedent Caleb Slay v. United States, et al.*
              Case No. 6:23-cv-03337-RK

       The United States Attorney's Office was advised that you have filed the above case in the United States District Court for the Western District of Missouri. However, you have not yet effected service on the United States as required under Federal Rule of Civil Procedure 4(i). According to the docket, your office has yet to request issuance of summons against all required service entities. In addition, though counsel for the United States does not represent the individual federal agents in this matter, review of the docket indicates that the individual agents have likewise

not been served in accordance with Rule 4(i).[1] I hope that you can appreciate that given the numerous civil complaints filed yearly against the United States and its agents, strict compliance on service is required.

Please perfect service as required by the Federal Rules of Civil Procedure. Please also be advised that the United States is not among those individuals or entities specified by Rule 4(d)(1) to waive service of a summons. Until proper service has been accomplished on the United States, the United States is not properly joined in your action and no answer or responsive pleading is required. Fed. R. Civ. P. 12(a)(2).

Thank you for your attention to this matter.

Respectfully Submitted,

TERESA A. MOORE
UNITED STATES ATTORNEY

By: /s/ Wyatt Nelson
Wyatt Nelson
Assistant U.S. Attorney
wyatt.nelson@usdoj.gov

CC: Christa Moss, Assistant U.S. Attorney
    Jacob Bennett, Trial Attorney

---

[1] Counsel anticipates that Trial Attorney Jacob Bennett of the Department of Justice's Constitutional and Specialized Tort Litigation Section will represent the individual federal employees you have named as defendants in this matter. However, Mr. Bennett was only recently authorized to offer representation to those individual employees and is not currently authorized to accept service on their behalf. Assuming the employees accept representation, Mr. Bennett will thereafter contact you at the email addresses you provided to the Court to discuss service on the individual federal defendants.