# EXHIBIT B



# Tina Richardson v. United States, et al., Case No. 6:23-cv-03337-RK

**Bennett, Jacob A. (CIV)** <Jacob.A.Bennett@usdoj.gov>  Fri, Jan 12, 2024 at 9:10 AM
To: "john.burris@johnburrislaw.com" <john.burris@johnburrislaw.com>, "ben.nisenbaum@bncllaw.com" <ben.nisenbaum@bncllaw.com>, "dewitt@bncllaw.com" <dewitt@bncllaw.com>, "julia.quesada@bncllaw.com" <julia.quesada@bncllaw.com>, "lena.andrews@bncllaw.com" <lena.andrews@bncllaw.com>, "henry@htannerlaw.com" <henry@htannerlaw.com>
Cc: "Werner, Paul (CIV)" <Paul.Werner@usdoj.gov>, "Nelson, Wyatt (USAMOW)" <Wyatt.Nelson@usdoj.gov>

Dear Counsel,

I hope you are well. I represent Agents Stuart and Gasperoni in their individual capacities in this case (*Richardson v. United States, et al.*, No. 6:23-cv-3337 (W.D. Mo.)) and am authorized to accept service on their behalf. Accordingly, you may E-Mail the Summons, Complaint, and any other documents necessary for personal service to me at this address. Please copy my Reviewer, Mr. Paul Werner (also copied here).  However, please be advised that neither Mr. Werner nor I are authorized to accept service on behalf of the United States or the Attorney General.

Please direct all future case correspondence related to Agents Stuart or Gasperoni to me.

Sincerely,

Jacob A. Bennett

Trial Attorney

United States Department of Justice

Civil Division

Constitutional & Specialized Torts

202-307-0018 (phone); 202-451-7745 (mobile)

Jacob.A.Bennett@usdoj.gov

[Quoted text hidden]



# Tina Richardson v. United States, et al., Case No. 6:23-cv-03337-RK

**Julia Quesada** <julia.quesada@bncllaw.com>  Mon, Jan 15, 2024 at 3:45 PM
To: "Bennett, Jacob A. (CIV)" <Jacob.A.Bennett@usdoj.gov>
Cc: "Werner, Paul (CIV)" <paul.werner@usdoj.gov>, "Nelson, Wyatt (USAMOW)" <wyatt.nelson@usdoj.gov>, "Moss, Christa (USAMOW)" <christa.moss@usdoj.gov>, choeman@springfieldmo.gov, "henry@htannerlaw.com" <henry@htannerlaw.com>, john.burris@bncllaw.com, Ben Nisenbaum <bnisenbaum@gmail.com>, "dewitt@bncllaw.com" <dewitt@bncllaw.com>, "lena.andrews@bncllaw.com" <lena.andrews@bncllaw.com>, Irvin Aguirre <irvin.aguirre@bncllaw.com>

Dear Counsel,

Thank you for your email. Your professional courtesy is appreciated.

In the matter of *Richardson v. United States of America, et al.*, Case No.: 6:23-cv-03337-RK, please see the attached case initiating documents to effect service of Summonses and Complaint on Anthony Gasperoni and John Stuart, which include: Summons for Anthony Gasperoni; Summons for John Stuart; Complaint for Damages; Mediation Order; Mediation Order Attachment; MAP List of Outside Mediators; Hon. Roseann A. Ketchmarks' Rule 16 Order; and Certificate of Service.

Please confirm whether you would like physical copies to be sent via U.S. Mail as well.

Sincerely,

**Julia N. Quesada**
*Attorney*

**BNCL**

**Burris Nisenbaum Curry & Lacy**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 601-7082
Facsimile: (510) 839-3882
Website: www.bncllaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (510) 839-5200, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

[Quoted text hidden]

**8 attachments**

**Richardson v. United States of America, et al. _ Complaint.pdf**
423K

**23-CV-3337 Richardson v. US, et al. _ Summons for John Stuart.pdf**
202K

- 23-CV-3337 Richardson v. US, et al. _ Summons for Anthony Gasperoni.pdf 202K
- Mediation Order.pdf 195K
- Mediation Order attachment.pdf 362K
- MAP_List of Outside Mediators .pdf 49K
- Richardson v. US, et al. _ Hon. RK Rule 16 Order.pdf 186K
- Richardson v. US, et al. _ Certificate of Service_ Summonses for Anthony Gasperoni and John Stuart, Complaint, and Case Initiating Docs.pdf 135K



# Tina Richardson v. United States, et al., Case No. 6:23-cv-03337-RK

**Bennett, Jacob A. (CIV)** <Jacob.A.Bennett@usdoj.gov>  Tue, Jan 16, 2024 at 9:39 AM
To: Julia Quesada <julia.quesada@bncllaw.com>
Cc: "Werner, Paul (CIV)" <Paul.Werner@usdoj.gov>, "Nelson, Wyatt (USAMOW)" <Wyatt.Nelson@usdoj.gov>, "Moss, Christa (USAMOW)" <Christa.Moss@usdoj.gov>, "choeman@springfieldmo.gov" <choeman@springfieldmo.gov>, "henry@htannerlaw.com" <henry@htannerlaw.com>, "john.burris@bncllaw.com" <john.burris@bncllaw.com>, Ben Nisenbaum <bnisenbaum@gmail.com>, "dewitt@bncllaw.com" <dewitt@bncllaw.com>, "lena.andrews@bncllaw.com" <lena.andrews@bncllaw.com>, Irvin Aguirre <irvin.aguirre@bncllaw.com>

Dear Julia,

Thank you for your E-Mail. I confirm receipt of the documents listed in your E-Mail and thus of personal service for Agents Stuart and Gasperoni. By my calculations, that places the agents' response date on March 15, 2024 (60 days from January 15, 2024). *See* Fed. R. Civ. P. 12(a)(3).

I do not require physical copies of these documents for purposes of personal service on the individual agents (unless the Local Rules require service by mail). However, this statement does not obviate the need for appropriate service on the Attorney General. *See* Fed. R. Civ. P. 4(i)(3). I likewise do not speak for the United States, which is separately represented.

Best,

Jacob

Jacob A. Bennett

Trial Attorney

United States Department of Justice

Civil Division

Constitutional & Specialized Torts

202-307-0018 (phone); 202-451-7745 (mobile)

Jacob.A.Bennett@usdoj.gov

---

**From:** Julia Quesada <julia.quesada@bncllaw.com>
**Sent:** Monday, January 15, 2024 6:45 PM
**To:** Bennett, Jacob A. (CIV) <Jacob.A.Bennett@usdoj.gov>
**Cc:** Werner, Paul (CIV) <Paul.Werner@usdoj.gov>; Nelson, Wyatt (USAMOW) <WNelson@usa.doj.gov>; Moss, Christa (USAMOW) <CMoss1@usa.doj.gov>; choeman@springfieldmo.gov; henry@htannerlaw.com; john.burris@bncllaw.com; Ben Nisenbaum <bnisenbaum@gmail.com>; dewitt@bncllaw.com; lena.andrews@bncllaw.com; Irvin Aguirre <irvin.aguirre@bncllaw.com>
**Subject:** [EXTERNAL] Re: Tina Richardson v. United States, et al., Case No. 6:23-cv-03337-RK

Dear Counsel,

Thank you for your email. Your professional courtesy is appreciated.

In the matter of *Richardson v. United States of America, et al.*, Case No.: 6:23-cv-03337-RK, please see the attached case initiating documents to effect service of Summonses and Complaint on Anthony Gasperoni and John Stuart, which include: Summons for Anthony Gasperoni; Summons for John Stuart; Complaint for Damages; Mediation Order; Mediation Order Attachment; MAP List of Outside Mediators; Hon. Roseann A. Ketchmarks' Rule 16 Order; and Certificate of Service.

Please confirm whether you would like physical copies to be sent via U.S. Mail as well.

Sincerely,

## Julia N. Quesada

*Attorney*

**Burris Nisenbaum Curry & Lacy**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7082
Facsimile: (510) 839-3882
Website: **Error! Filename not specified.**www.bncllaw.com

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]