UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| TINA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-cv-03337-RK |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF NEUTRAL

The MAP Director has advised the parties that, given the nature and the breadth of the allegations at issue, the MAP deadlines in this case have been deferred. The parties shall file an amended neutral designation at such future date as requested by the MAP Director or as ordered by the Court. The parties shall provide the MAP Director with a status update regarding the posture of this case on or before May 24, 2024.

                                                Respectfully submitted,

                                                Teresa A. Moore
                                                United States Attorney

By:      */s/ Wyatt R. Nelson*
           Wyatt R. Nelson
           Assistant United States Attorney
           Missouri Bar No. 72944
           901 St. Louis Street, Suite 500
           Springfield, MO 65806
           Telephone: (417) 831-4406
           Facsimile: (417) 831-0078
           ATTORNEY FOR DEFENDANT
           UNITED STATES OF AMERICA
           Wyatt.Nelson@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, Jr.
Director
Civil Division, Torts Branch

PAUL E. WERNER
Senior Trial Counsel
Civil Division, Torts Branch

*/s/ Jacob A. Bennett*
JACOB A. BENNETT
NY Bar # 5753744
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Constitutional & Specialized Tort Litigation
 175 N. St. NE, Room 7.1815
 Washington, DC 20002
Phone: (202) 451-7745
Facsimile: (202) 616-4314
Email: Jacob.A.Bennett@usdoj.gov
*Attorneys for DEA Agents Stuart and Gasperoni*

**BURRIS NISENBAUM CURRY & LACY**

*/s/ Ben Nisenbaum*
John L. Burris
Ben Nisenbaum
DeWitt M. Lacy
Julia N. Quesada
Lena P. Andrews

Attorneys for Plaintiff,
Tina Richardson

2

                                        */s/ Christopher M. Hoeman*
Christopher M. Hoeman, MO Bar 62956
Assistant City Attorney
840 Boonville Ave.
Springfield MO 65802
(417) 864-1645
FAX: (417) 864-1551
choeman@springfieldmo.gov
*Attorney for Defendants Nuccio and City of Springfield*