# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TINA RICHARDSON, individually and as successor-in-interest to Decedent Caleb Slay, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 6:23-cv-03337-RK |
| UNITED STATES OF AMERICA, ANTHONY GASPERONI, individually and in his official capacity as an agent for the United States Drug Enforcement Administration, JOHN STUART, individually and in his official capacity as an agent for the United States Drug Enforcement Administration, *et al.*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that on the 12th day of April 2024, pursuant to Fed. R. Civ. P. 26(a)(1)(A), Defendant United States of America's Initial Disclosures was served upon Plaintiff's counsel indicated below via email.

Benjamin Nisenbaum
ben.nisenbaum@bncllaw.com

DeWitt M. Lacy
dewitt@bncllaw.com

John L Burris
john.burris@johnburrislaw.com

Julia N. Quesada
julia.quesada@bncllaw.com

Lena Pearl Andrews
lena.andrews@bncllaw.com

Henry Warren Tanner, Jr
henry@htannerlaw.com

Respectfully submitted,

Teresa A. Moore
United States Attorney

By: */s/ Wyatt R. Nelson*
Wyatt R. Nelson, Missouri Bar No. 72944
Christa B. Moss, Missouri Bar No. 65306
Assistant United States Attorneys
901 St. Louis Street, Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
Facsimile: (417) 831-0078
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA
Wyatt.Nelson@usdoj.gov
Christa.Moss@usdoj.gov