IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TINA RICHARDSON, Individually and as Successor in Interest to Decedent Caleb Slay<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | Case No. 6:23-cv-3337 |

## CERTIFICATE OF SERVICE

I certify that on the 12th day of April 2024, pursuant to Fed. R. Civ. P. 26(a)(1)(A), Agents Gasperoni and Stuart's Initial Disclosures were served upon counsel indicated below via email.

Julia N. Quesada
julia.quesada@bncllaw.com

Benjamin Nisenbaum
ben.nisenbaum@bncllaw.com

DeWitt M. Lacy
dewitt@bncllaw.com

John L Burris
john.burris@johnburrislaw.com

Lena Pearl Andrews
lena.andrews@bncllaw.com

Henry Warren Tanner, Jr
henry@htannerlaw.com

Christopher Hoeman
choeman@springfieldmo.gov

Wyatt Nelson
wyatt.nelson@usdoj.gov

Christa Moss
christa.moss@usdoj.gov

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, Jr.
Director
Civil Division, Torts Branch

PAUL E. WERNER
Senior Trial Counsel
Civil Division, Torts Branch

*/s/ Jacob A. Bennett*
JACOB A. BENNETT
NY Bar # 5753744
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Constitutional & Specialized Tort Litigation
175 N. St. NE, Room 7.1815
 Washington, DC 20002
Phone: (202) 451-7745
Facsimile: (202) 616-4314
Email: Jacob.A.Bennett@usdoj.gov
*Attorneys for DEA Agents Stuart and Gasperoni*