**BURRIS, NISENBAUM, CURRY, & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
BENJAMIN NISENBAUM, Esq. (SBN 222173)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
ben.nisenbaum@bncllaw.com

**BURRIS, NISENBAUM, CURRY, & LACY LLP**
DEWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

**THE LAW FIRM OF HENRY TANNER LLC**
HENRY W. TANNER, JR, Esq. (MO #66277)
1432 E. 49th Terrace
Kansas City, Missouri 64110
Telephone: (816) 547-2162
Facsimile: (816) 393-0338
henry@htannerlaw.com

Attorneys for Plaintiff,
TINA RICHARDSON
as successor-in-interest
to Decedent Caleb Slay

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI

# SOUTHERN DIVISION

| | |
|---|---|
| TINA RICHARDSON, individually and as successor-in-interest to Decedent Caleb Slay,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ANTHONY GASPERONI, individually and in his official capacity as an agent for the United States Drug Enforcement Administration; JOHN STUART, individually and in his official capacity as an agent for the United States Drug Enforcement Administration; DOES 1-20, inclusive, individually and in their official capacity as agents for the United States Drug Enforcement Administration; CITY OF SPRINGFIELD, a municipal entity; C. NUCCIO, individually and in his official capacity as sergeant for the Springfield Police Department; and DOES 21-40, inclusive, individually and in their official capacity as police officers for the Springfield Police Department,<br><br>Defendants. | CASE NO.: 6:23-cv-03337-RK<br><br>(*District Judge Hon. Roseann A. Ketchmark*)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

Plaintiff, Tina Richardson, through her counsel Burris, Nisenbaum, Curry, and Lacy LLP (Julia N. Quesada) and The Law Firm of Henry Tanner LLC, hereby certifies that the following was served via Email to all Counsel of Record on April 26, 2024:

1. Plaintiff's Requests for Production of Documents, Set One, to Defendant City of Springfield;

                                                                Respectfully submitted,

                                                                 **BURRIS, NISENBAUM, CURRY, & LACY**

                                                            By:   */s/ Julia N. Quesada*
                                                                      Julia N. Quesada
                                                                      Attorney(s) for Plaintiff, Tina Richardson

I, Julia N. Quesada, hereby certify that the foregoing was electronically filed through the CM/ECF filing system on May 1, 2024, which will cause service to the following:

| | |
|---|---|
| **Christopher Hoeman**<br>City of Springfield, Mo.<br>840 Boonville Avenue<br>P.O. Box 8368<br>Springfield, MO 65802<br>P: (417) 864-1645<br>E: choeman@springfieldmo.gov | **Attorney for Defendants:**<br>City of Springfield, Mo.<br>C. Nuccio |
| **Teresa A. Moore,** United States Attorney<br>**Wyatt Nelson,** Assistant United States Attorney<br>Western District of Missouri<br>Civil Division, United States Attorney's Office<br>901 East St. Louis St., Suite 500<br>Springfield, MO 65806<br>P: (417) 575-8143<br>E: wyatt.nelson@usdoj.gov<br><br>**Christa B. Moss,** Assistant United States Attorney<br>400 East Ninth Street, Room 5510<br>Kansas City, MO 64106<br>P: (816) 426-3130<br>E: Christa.Moss@usdoj.gov | **Attorneys for Defendant:**<br>United States of America |
| **Jacob A. Bennett**<br>**Paul Werner**<br>United States Department of Justice<br>Civil Division<br>Constitutional & Specialized Torts<br>PO Box 7146<br>Ben Franklin Station<br>Washington, DC 20044<br>P: (202) 307-0018<br>E: Jacob.A.Bennett@usdoj.gov<br>E: Paul.Werner@usdoj.gov | **Attorneys for Defendants:**<br>Anthony Gasperoni<br>John Stuart |

  */s/ Julia N. Quesada*
   Julia N. Quesada

PG. 3　　Case No.: 6:23-cv-03337-RK
**CERTIFICATE OF SERVICE**