///

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| TINA RICHARDSON, individually and as successor-in-interest to Decedent Caleb Slay,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | CASE NO.: 6:23-cv-03337-RK<br>(*District Judge Honorable Roseann A. Ketchmark*) |

**DECLARATION OF JULIA N. QUESADA IN SUPPORT OF PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

I, Julia N. Quesada, declare:

1. I am an attorney who is licensed to practice law in California and admitted to practice before this Court. I represent the Plaintiff in the above captioned matter and I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of relevant excerpts of the trial testimony of Anthony Gasperoni on April 28, 2026;

3. Attached hereto as **Exhibit "B"** is a true and correct copy of relevant excerpts of the trial testimony of Shawn Tetlow, on April 29, 2026;

4. Attached hereto as **Exhibit "C"** is a true and correct copy of relevant excerpts of the trial testimony of Bailey Wade, on April 29, 2026;

5. Attached hereto as **Exhibit "D"** is a true and correct copy of relevant excerpts of the trial testimony of Deiter Duff, MD, on April 28, 2026;

///

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026, at Beverly Hills, California.


By: */s/ Julia N. Quesada*
JULIA N. QUESADA (Cal. SBN 337872)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (844) 273-6873
E: julia.quesada@bncllaw.com

## CERTIFICATE OF SERVICE

I, Julia N. Quesada, hereby certify that the foregoing was filed through the CM/ECF system on June 4, 2026, which provided notice to all attorneys of record.

*/s/ Julia N. Quesada*
Julia N. Quesada