**UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

---

**TINA RICHARDSON, individually and**
**as successor-in-interest to Decedent Caleb Slay,**

Plaintiff,

v.

Case No. 6:23-cv-03337-RK

**UNITED STATES OF AMERICA, et al.,**

Defendants.

**JUDGMENT IN A CIVIL ACTION**

______ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

The Court **ORDERS** that a judgment of **NOT LIABLE** is entered in favor of Defendant United States of America on Count 5 of the Complaint for wrongful death premised on battery under the Missouri wrongful death statute and the FTCA. Having found Defendant not liable, the Court does not address the issue of damages

**IT IS SO ORDERED.**

Dated: September 10, 2026

/s/ Paige Wymore-Wynn
Clerk of the Court

Entered: September 10, 2026

s/ LaTandra Wheeler
Deputy Clerk